Certificate Number: 15317-NJ-DE-037091572

Bankruptcy Case Number: 22-19812



15317-NJ-DE-037091572

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 8, 2023, at 4:07 o'clock PM PST, John Jamer completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date: January 8, 2023

By: /s/Jerry Fajardo

Name: Jerry Fajardo

Title: Counselor