Certificate Number: 15317-NJ-DE-037091571

Bankruptcy Case Number: 22-19812



15317-NJ-DE-037091571

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 8, 2023</u>, at <u>4:07</u> o'clock <u>PM PST</u>, <u>Kim Jamer</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>January 8, 2023</u>              By:    <u>/s/Jerry Fajardo</u>

                                        Name:  <u>Jerry Fajardo</u>

                                        Title:   <u>Counselor</u>