| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-19812 / CMG**

John C Jamer
Kimberly Vaughan-Jamer

Petition Filed Date: 12/13/2022
341 Hearing Date: 01/12/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2023 | $305.00 | 89280980 | 02/06/2023 | $305.00 | 89842400 | 03/06/2023 | $305.00 | 90388890 |

**Total Receipts for the Period:  $915.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $915.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | John C Jamer | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Joan Sirkis Warren, Esq.<br>»»  AMENDED DISCLOSURE 1/27/23 | Attorney Fees<br>No Disbursements: No Check | $3,000.00 | $0.00 | $3,000.00 |
| 1 | FORD MOTOR CREDIT COMPANY, LLC<br>»»  2016 FORD EDGE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA, N.A. | Unsecured Creditors | $261.04 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  MEINEKE | Unsecured Creditors | $773.28 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  SYNCHRONY BANK | Unsecured Creditors | $3,498.81 | $0.00 | $0.00 |
| 5 | JPMorgan Chase Bank, NA<br>»»  2014 SUBARU FORESTER | Debt Secured by Vehicle | $349.18 | $0.00 | $0.00 |
| 6 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,872.29 | $0.00 | $0.00 |
| 7 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»»  P/82 RIDGE RD/1ST MTG/ORDER 2/8/23 | Mortgage Arrears<br>No Disbursements: Pending Loan Mod. | $92,868.54 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT, INC<br>»»  SYNCHRONY BANK/LOWES | Unsecured Creditors | $1,216.38 | $0.00 | $0.00 |
| 9 | QUANTUM3 GROUP LLC AS AGENT<br>»»  LOFT MASTERCARD | Unsecured Creditors | $13,639.40 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BEST BUY | Unsecured Creditors | $2,562.62 | $0.00 | $0.00 |
| 11 | ASHLEY FUNDING SERVICES, LLC<br>»»  LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $72.00 | $0.00 | $0.00 |
| 12 | FIRST HORIZON BANK<br>»»  P/82 RIDGE RD/2ND MTG | Mortgage Arrears | $34,272.27 | $0.00 | $0.00 |
| 13 | HACKENSACK UNIVERSITY MEDICAL CENTER | Unsecured Creditors | $158.25 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-19812 / CMG**

| SUMMARY | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $915.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $305.00 |
| Paid to Trustee: | $65.88 | Arrearages: | $0.00 |
| Funds on Hand: | $849.12 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

