Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−19812−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   John C Jamer
   82 Ridge Road
   Hackettstown, NJ 07840

   Kimberly Vaughan−Jamer
   82 Ridge Road
   Hackettstown, NJ 07840

Social Security No.:
   xxx−xx−7002
   xxx−xx−7010

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on December 13, 2022 and a confirmation hearing on such Plan has been scheduled for April 19, 2023.

The debtor filed a Modified Plan on March 17, 2023 and a confirmation hearing on the Modified Plan is scheduled for April 19, 2023 @ 10:00 am. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: March 17, 2023
JAN: wdr

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 22-19812-CMG
John C Jamer  Chapter 13
Kimberly Vaughan-Jamer
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4
Date Rcvd: Mar 17, 2023     Form ID: 186     Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John C Jamer, Kimberly Vaughan-Jamer, 82 Ridge Road, Hackettstown, NJ 07840-4602 |
| 519789105 | + | AHS Hospital Corp d/b/a Hackettstown Me, c/o The Grogan Law Group LLC, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 519789104 | + | Advanced Cardiology LLC, 95 Madison Ave, Suite 409, Morristown, NJ 07960-7336 |
| 519789106 | | Atlantic Health System, PO Box 35610, Newark, NJ 07193-5611 |
| 519789107 | | Atlantic Medical Group, PO Box 419101, Boston, MA 02241-9101 |
| 519789114 | + | Care Centrix, c/o Revco SOlutions, PO Box 163272, Columbus, OH 43216-3272 |
| 519789116 | | Citibank, PO Box 99001007, Louisville, KY 40290-1007 |
| 519789118 | + | David Yakobashvil, 201 Pleasant Hill Road, Chester, NJ 07930-2141 |
| 519789120 | + | Doctor Srinivas Madane, 117 Seber Road, Hackettstown, NJ 07840-1722 |
| 519789121 | + | Exact Sciences LA, PO Box 734333, Chicago, IL 60673-4333 |
| 519789123 | + | FMC-Omaha Services, PO Box 542000, Omaha, NE 68154-8000 |
| 519789122 | | First Horizon, PO Box 1532, Memphis, TN 38101-1532 |
| 519839502 | + | First Horizon Bank, P.O. Box 1469, Knoxville, TN 37901-1469 |
| 519789126 | + | GREAT MEADOWS EMS, C/O BILLING OFFICE, PO BOX 671, Pittstown, NJ 08867-0671 |
| 519789125 | + | Great Meadows Emergency, PO Box 671, Pittstown, NJ 08867-0671 |
| 519839961 | + | HACKETTSTOWN MEDICAL CTR, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 519789127 | + | Hackettstown EMA, PO Box 417442, Boston, MA 02241-7442 |
| 519789128 | + | Hackettstown Regional Medical Center, PO Box 949, Matawan, NJ 07747-0949 |
| 519789129 | + | Hayt, Hayt, & Landau, LLC, Meridian Center 1, 2 Industrial Way West PO Box 500, Eatontown, NJ 07724-0500 |
| 519789130 | + | ID Care PA, Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 519789131 | | Ivy Rehab Network, PO Box 416495, Boston, MA 02241-6495 |
| 519789134 | + | Kidney Care of Morris Co Medical Care, 290 Madison Avenue, building 5, Morristown, NJ 07960-7401 |
| 519789138 | + | Lyons Doughty, 136 Gaither Driver Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519789147 | + | The Radiology GRO, c/o Snelling Law LLC, 2001 Route 46, Suite 206, Parsippany, NJ 07054-1315 |
| 519789148 | + | University Hospital, Financial REcoverers, PO Box 1388, Mount Laurel, NJ 08054-7388 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 17 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 17 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519838878 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 17 2023 20:42:31 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

| Notice ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519789109 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 17 2023 20:38:00 | Bank of America, N.A., 4161 Piedmont Parkway, Greensboro, NC 27410 |
| 519789111 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 17 2023 20:42:40 | BEST BUY/CBNA, 5800 South Corporate Place Mail Code 234, Sioux Falls, SD 57108-5027 |
| 519789108 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 17 2023 20:38:00 | Bank of America, 4060 Ogletown/Stanton RD DES-019-03-07, Newark, DE 19713 |
| 519798361 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 17 2023 20:38:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519789110 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 17 2023 20:39:00 | Barclays Bank Deleware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519789112 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 17 2023 20:42:35 | CAPITAL ONE/WALMART, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 519789117 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 17 2023 20:39:00 | Comenity Bank/ ATYLRMC, PO Box 182789, Columbus, OH 43218-2789 |
| 519792612 | | Email/Text: EBNBKNOT@ford.com | Mar 17 2023 20:39:00 | Ford Motor Credit Company, LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 519789124 | + | Email/Text: EBNBKNOT@ford.com | Mar 17 2023 20:39:00 | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 519789115 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 17 2023 20:42:26 | Chase Auto Finance, PO Box 5210, New Hyde Park, NY 11042 |
| 519789132 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 17 2023 20:42:20 | JPMCB, 301 N WALNUT ST, FLOOR 09, Wilmington, DE 19801-3935 |
| 519789133 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 17 2023 20:42:20 | JPMCB-CARD SERVICES, 301 N WALNUT ST, FLOOR 09, Wilmington, DE 19801-3935 |
| 519804842 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 17 2023 20:42:34 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519806320 | + | Email/Text: RASEBN@raslg.com | Mar 17 2023 20:39:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519789136 | ^ | MEBN | Mar 17 2023 20:38:23 | KML LAW GROUP PC, 701 MARKET STREET STE 5000, Philadelphia, PA 19106-1541 |
| 519789137 | | Email/Text: govtaudits@labcorp.com | Mar 17 2023 20:39:00 | Lab Corp, PO Box 2230, Burlington, NC 27215 |
| 519789139 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 17 2023 20:39:00 | MIDLAND CREDIT MANAGEMENT, 350 CAMINO DE LA REINA, SUITE 100, San Diego, CA 92108-3007 |
| 519789140 | | Email/Text: Bankruptcy@mjrf.com | Mar 17 2023 20:39:00 | Mullooly, Jeffrey, Rooney & Flynn LLP, 6851 Jericho Tpke, Suite 220, Syosset, NY 11791-9036 |
| 519817374 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 17 2023 20:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519789141 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2023 20:42:38 | Portfolio Recovery Associates, 120 Corporate BLVD STE 100, Norfolk, VA 23502 |
| 519838788 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2023 20:42:30 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519801876 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 17 2023 20:42:23 | Portfolio Recovery Associates, LLC, c/o Meineke, POB 41067, Norfolk VA 23541 |
| 519835085 | | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2023 20:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519803956 | | Email/Text: bnc-quantum@quantum3group.com | Mar 17 2023 20:39:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |

Case 22-19812-CMG    Doc 28    Filed 03/19/23    Entered 03/20/23 00:14:04    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 17, 2023 | Form ID: 186 | Total Noticed: 59 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519789142 | | Email/Text: bankruptcyteam@quickenloans.com | Mar 17 2023 20:39:00 | Quicken Loan, Inc, 20555 Victor Pkwy, Livonia, MI 48152-7031 |
| 519789144 | | Email/Text: bankruptcyteam@quickenloans.com | Mar 17 2023 20:39:00 | ROCKET MORTGAGE, PO BOX 6577, Carol Stream, IL 60197-6577 |
| 519789143 | + | Email/Text: clientservices@remexinc.com | Mar 17 2023 20:39:00 | Radiology Group of NJ, c/o REmex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519789145 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 17 2023 20:39:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519811164 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 17 2023 20:39:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519790304 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 17 2023 20:42:21 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519789146 | + | Email/Text: bncmail@w-legal.com | Mar 17 2023 20:39:00 | TD Bank USA, 7000 Target Parkwa N, Mail Stop NCD-0450, Minneapolis, MN 55445-4301 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519789113 | | Cardiovascular HE |
| 519789119 | | Dermatology Consu |
| 519792613 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company, LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 519789135 | ##+ | KML Law Group, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 17, 2023 | Form ID: 186 | Total Noticed: 59 |

Joan Sirkis Warren
    on behalf of Joint Debtor Kimberly Vaughan-Jamer joan@joanlaverylaw.com

Joan Sirkis Warren
    on behalf of Debtor John C Jamer joan@joanlaverylaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III
    on behalf of Creditor First Horizon Bank ecf@powerskirn.com

TOTAL: 7