UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**
2022-0997

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
308 Harper Drive, Suite 210
Moorestown, NJ 08057
856-802-1000
Attorney for First Horizon Bank

In Re:

John C. Jamer
Kimberly Vaughan-Jamer

Case No.:  22-19812-CMG

Hearing Date:  04/19/2023

Judge:   Honorable Christine M. Gravelle

Chapter:  13

## CERTIFICATION OF SERVICE

1.      I, William M. E. Powers III:

☒ represent the ___Creditor___ in the above captioned matter.

☐ am the secretary/paralegal for Powers Kirn, LLC, who represents the movant/creditor in the above

captioned matter.

☐ am the _____ in the above case and am representing myself.

2.      On March 31, 2023 I sent a copy of the following pleadings and/or documents to the parties listed

in the chart below:  Objection to Confirmation of Plan

3.      I hereby certify under penalty of perjury that the above documents were sent using the mode of

service indicated.

                                            /s/ William M. E. Powers III
Dated:  March 31, 2023                       William M. E. Powers III

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert  Russo<br>CN 4853<br>Trenton, NJ  08650-4853 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Other  F.R.Bankr.P. 9036(c)<br>   (As authorized by the Court or by rule.  Cite the rule if applicable) |
| Joan Sirkis Warren, Esquire<br>699 Washington Street<br>Suite 103<br>Hackettstown, NJ   07840 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Other  F.R.Bankr.P. 9036(c)<br>   (As authorized by the Court or by rule.  Cite the rule if applicable) |
| John C. Jamer<br>82 Ridge Road<br>Hackettstown, NJ  07840 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule.  Cite the rule if applicable) |
| Kimberly Vaughan-Jamer<br>82 Ridge Road<br>Hackettstown, NJ  07840 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule.  Cite the rule if applicable) |