UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2022-0997

Powers Kirn, LLC
ecf@powerskirn.com
308 Harper Drive, Suite 210
Moorestown, NJ 08057
856-802-1000



**Order Filed on July 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

John C. Jamer
Kimberly Vaughan-Jamer

Case No.: 22-19812-CMG

Hearing Date: July 19, 2023

Judge:   Honorable Christine M. Gravelle

Chapter:  13

### ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2)    is hereby **ORDERED**.

**DATED: July 27, 2023**

*Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: John C. Jamer and Kimberly Vaughan-Jamer

Case No.: 22-19812-CMG

Caption of Order:    ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for First Horizon Bank, appearing and for cause shown, it is

**ORDERED** as follows:

1. The objection to confirmation filed on behalf of First Horizon Bank, with respect to treatment of Claim #12, is hereby resolved upon the condition that debtor's plan is hereby amended at Part 4, Paragraph (g) to provide for payment in full of Claim #12 together with interest accruing at 9.375% per annum.

2. The total amount due to be paid to First Horizon Bank by and through the Standing Chapter 13 Trustee is hereby fixed at $39,092.13, consisting of the total debt due to the Mortgagee in the amount of $30,373.42 along with interest in the amount of $8,718.71.

3. The Mortgagee shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.