**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2022-0997

Powers Kirn, LLC
ecf@powerskirn.com
308 Harper Drive, Suite 210
Moorestown, NJ 08057
856-802-1000

In Re:

John C. Jamer
Kimberly Vaughan-Jamer

**Order Filed on July 27, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 22-19812-CMG

Hearing Date: July 19, 2023

Judge: Honorable Christine M. Gravelle

Chapter: 13

## ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: July 27, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case 22-19812-CMG    Doc 38    Filed 07/29/23    Entered 07/30/23 00:16:52    Desc Imaged
Certificate of Notice    Page 2 of 4

Page 2

Debtor: John C. Jamer and Kimberly Vaughan-Jamer

Case No.: 22-19812-CMG

Caption of Order:    ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for First Horizon Bank, appearing and for cause shown, it is

**ORDERED** as follows:

1.   The objection to confirmation filed on behalf of First Horizon Bank, with respect to treatment of Claim #12, is hereby resolved upon the condition that debtor's plan is hereby amended at Part 4, Paragraph (g) to provide for payment in full of Claim #12 together with interest accruing at 9.375% per annum.

2.   The total amount due to be paid to First Horizon Bank by and through the Standing Chapter 13 Trustee is hereby fixed at $39,092.13, consisting of the total debt due to the Mortgagee in the amount of $30,373.42 along with interest in the amount of $8,718.71.

3.   The Mortgagee shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-19812-CMG
John C Jamer  Chapter 13
Kimberly Vaughan-Jamer
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 2
Date Rcvd: Jul 27, 2023        Form ID: pdf903        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2023:**

**Recip ID**      **Recipient Name and Address**
db/jdb      +   John C Jamer, Kimberly Vaughan-Jamer, 82 Ridge Road, Hackettstown, NJ 07840-4602

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2023        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2023 at the address(es) listed below:

**Name**      **Email Address**

Albert Russo
     docs@russotrustee.com

Brian C. Nicholas
     on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
     on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Joan Sirkis Warren
     on behalf of Joint Debtor Kimberly Vaughan-Jamer joan@joanlaverylaw.com

Joan Sirkis Warren
     on behalf of Debtor John C Jamer joan@joanlaverylaw.com

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Jul 27, 2023 | Form ID: pdf903 | Total Noticed: 1

| | |
|---|---|
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| William M.E. Powers | on behalf of Creditor First Horizon Bank ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor First Horizon Bank ecf@powerskirn.com |

TOTAL: 9