Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−19812−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John C Jamer | Kimberly Vaughan−Jamer |
| 82 Ridge Road | 82 Ridge Road |
| Hackettstown, NJ 07840 | Hackettstown, NJ 07840 |

Social Security No.:
  xxx−xx−7002                                                                xxx−xx−7010

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 7, 2023.

Dated: August 7, 2023
JAN: rms

                                                    Jeanne Naughton
                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
John C Jamer  
Kimberly Vaughan-Jamer  
    Debtors

Case No. 22-19812-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 4  
Date Rcvd: Aug 07, 2023    Form ID: plncf13    Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John C Jamer, Kimberly Vaughan-Jamer, 82 Ridge Road, Hackettstown, NJ 07840-4602 |
| 519789105 | + | AHS Hospital Corp d/b/a Hacketttstown Me, c/o The Grogan Law Group LLC, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 519789104 | + | Advanced Cardiology LLC, 95 Madison Ave, Suite 409, Morristown, NJ 07960-7336 |
| 519789106 | | Atlantic Health System, PO Box 35610, Newark, NJ 07193-5611 |
| 519789107 | | Atlantic Medical Group, PO Box 419101, Boston, MA 02241-9101 |
| 519789114 | + | Care Centrix, c/o Revco SOlutions, PO Box 163272, Columbus, OH 43216-3272 |
| 519789116 | | Citibank, PO Box 99001007, Louisville, KY 40290-1007 |
| 519789118 | + | David Yakobashvil, 201 Pleasant Hill Road, Chester, NJ 07930-2141 |
| 519789120 | + | Doctor Srinivas Madane, 117 Seber Road, Hackettstown, NJ 07840-1722 |
| 519789121 | + | Exact Sciences LA, PO Box 734333, Chicago, IL 60673-4333 |
| 519789123 | + | FMC-Omaha Services, PO Box 542000, Omaha, NE 68154-8000 |
| 519789122 | | First Horizon, PO Box 1532, Memphis, TN 38101-1532 |
| 519839502 | + | First Horizon Bank, P.O. Box 1469, Knoxville, TN 37901-1469 |
| 519789126 | + | GREAT MEADOWS EMS, C/O BILLING OFFICE, PO BOX 671, Pittstown, NJ 08867-0671 |
| 519789125 | + | Great Meadows Emergency, PO Box 671, Pittstown, NJ 08867-0671 |
| 519839961 | + | HACKETTSTOWN MEDICAL CTR, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 519789127 | + | Hackettstown EMA, PO Box 417442, Boston, MA 02241-7442 |
| 519789128 | + | Hackettstown Regional Medical Center, PO Box 949, Matawan, NJ 07747-0949 |
| 519789130 | + | ID Care PA, Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 519789131 | | Ivy Rehab Network, PO Box 416495, Boston, MA 02241-6495 |
| 519789134 | + | Kidney Care of Morris Co Medical Care, 290 Madison Avenue, building 5, Morristown, NJ 07960-7401 |
| 519789138 | + | Lyons Doughty, 136 Gaither Driver Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519789147 | + | The Radiology GRO, c/o Snelling Law LLC, 2001 Route 46, Suite 206, Parsippany, NJ 07054-1315 |
| 519789148 | + | University Hospital, Financial REcoverers, PO Box 1388, Mount Laurel, NJ 08054-7388 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 07 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 07 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: EBNBKNOT@ford.com | Aug 07 2023 20:39:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |
| 519838878 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 07 2023 20:36:10 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 29603-0587 |
| 519789109 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 07 2023 20:37:00 | Bank of America, N.A., 4161 Piedmont Parkway, Greensboro, NC 27410 |
| 519789111 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 07 2023 20:37:02 | BEST BUY/CBNA, 5800 South Corporate Place Mail Code 234, Sioux Falls, SD 57108-5027 |
| 519789108 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 07 2023 20:37:00 | Bank of America, 4060 Ogletown/Stanton RD DES-019-03-07, Newark, DE 19713 |
| 519798361 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 07 2023 20:37:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519789110 | + | Email/Text: BarclaysBankDelaware@tsico.com | Aug 07 2023 20:38:00 | Barclays Bank Deleware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519789112 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 07 2023 20:35:34 | CAPITAL ONE/WALMART, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 519789117 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 07 2023 20:38:00 | Comenity Bank/ ATYLRMC, PO Box 182789, Columbus, OH 43218-2789 |
| 519792612 | | Email/Text: EBNBKNOT@ford.com | Aug 07 2023 20:39:00 | Ford Motor Credit Company, LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 519789124 | + | Email/Text: EBNBKNOT@ford.com | Aug 07 2023 20:39:00 | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 519789129 | ^ | MEBN | Aug 07 2023 20:33:02 | Hayt, Hayt, & Landau, LLC, Meridian Center 1, 2 Industrial Way West PO Box 500, Eatontown, NJ 07724-0500 |
| 519789115 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 07 2023 20:35:38 | Chase Auto Finance, PO Box 5210, New Hyde Park, NY 11042 |
| 519789132 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 07 2023 20:47:58 | JPMCB, 301 N WALNUT ST, FLOOR 09, Wilmington, DE 19801-3935 |
| 519789133 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 07 2023 20:36:49 | JPMCB-CARD SERVICES, 301 N WALNUT ST, FLOOR 09, Wilmington, DE 19801-3935 |
| 519804842 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 07 2023 20:37:02 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519806320 | + | Email/Text: RASEBN@raslg.com | Aug 07 2023 20:38:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519789136 | ^ | MEBN | Aug 07 2023 20:32:47 | KML LAW GROUP PC, 701 MARKET STREET STE 5000, Philadelphia, PA 19106-1541 |
| 519789137 | | Email/Text: govtaudits@labcorp.com | Aug 07 2023 20:38:00 | Lab Corp, PO Box 2230, Burlington, NC 27215 |
| 519789139 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 07 2023 20:38:00 | MIDLAND CREDIT MANAGEMENT, 350 CAMINO DE LA REINA, SUITE 100, San Diego, CA 92108-3007 |
| 519789140 | | Email/Text: Bankruptcy@mjrf.com | Aug 07 2023 20:38:00 | Mullooly, Jeffrey, Rooney & Flynn LLP, 6851 Jericho Tpke, Suite 220, Syosset, NY 11791-9036 |
| 519817374 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 07 2023 20:38:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519789141 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 07 2023 20:36:54 | Portfolio Recovery Associates, 120 Corporate BLVD STE 100, Norfolk, VA 23502 |
| 519838788 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 07 2023 20:36:10 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519801876 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 07 2023 20:47:23 | Portfolio Recovery Associates, LLC, c/o Meineke, POB 41067, Norfolk VA 23541 |
| 519835085 | | Email/Text: bnc-quantum@quantum3group.com | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Aug 07 2023 20:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519803956 | | Email/Text: bnc-quantum@quantum3group.com | Aug 07 2023 20:38:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519789142 | | Email/Text: bankruptcyteam@quickenloans.com | Aug 07 2023 20:39:00 | Quicken Loan, Inc, 20555 Victor Pkwy, Livonia, MI 48152-7031 |
| 519789144 | | Email/Text: bankruptcyteam@quickenloans.com | Aug 07 2023 20:39:00 | ROCKET MORTGAGE, PO BOX 6577, Carol Stream, IL 60197-6577 |
| 519789143 | + | Email/Text: clientservices@remexinc.com | Aug 07 2023 20:38:00 | Radiology Group of NJ, c/o REmex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519789145 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 07 2023 20:39:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519811164 | + | Email/Text: bankruptcyteam@quickenloans.com | Aug 07 2023 20:39:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519790304 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 07 2023 20:48:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519789146 | + | Email/Text: bncmail@w-legal.com | Aug 07 2023 20:38:00 | TD Bank USA, 7000 Target Parkwa N, Mail Stop NCD-0450, Minneapolis, MN 55445-4301 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519789113 | | Cardiovascular HE |
| 519789119 | | Dermatology Consu |
| 519792613 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company, LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 519789135 | ##+ | KML Law Group, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2023            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 07, 2023 | Form ID: plncf13 | Total Noticed: 60 |

Brian C. Nicholas
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Joan Sirkis Warren
    on behalf of Joint Debtor Kimberly Vaughan-Jamer joan@joanlaverylaw.com

Joan Sirkis Warren
    on behalf of Debtor John C Jamer joan@joanlaverylaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

William M.E. Powers
    on behalf of Creditor First Horizon Bank ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor First Horizon Bank ecf@powerskirn.com

TOTAL: 9