UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2022-0997

POWERS KIRN, LLC
ecf@powerskirn.com
William M. E. Powers III
308 Harper Drive, Suite 210
Moorestown, NJ 08057
856-802-1000
Attorney for First Horizon Bank

| | |
|---|---|
| In Re:<br><br>John C. Jamer<br>Kimberly Vaughan-Jamer | Case No.: 22-19812-CMG<br><br>Hearing Date: N/A<br><br>Judge: Honorable Christine M. Gravelle<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1. I, William M. E. Powers III:

    ☒ represent the  Creditor  in the above captioned matter.

    ☐ am the secretary/paralegal for Powers Kirn, LLC, who represents the creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On November 7, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:  Form of Order submitted

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  November 7, 2023

/s/ William M. E. Powers, III
William M. E. Powers III

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton NJ  08650-4853 | **TRUSTEE** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (as authorized by the court*) |
| Joan Sirkis Warren, Esquire<br>699 Washington Street<br>Suite 103<br>Hackettstown, NJ  07840 | **ATTORNEY** | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified Mail/RR<br>☒ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (as authorized by the court*) |
| John C. Jamer<br>82 Ridge Road<br>Hackettstown NJ  07840 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (as authorized by the court*) |
| Kimberly Vaughan-Jamer<br>82 Ridge Road<br>Hackettstown, NJ  07840 | **DEBTOR** | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified Mail/RR<br>☐ Email<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (as authorized by the court*) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.