UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
2022-0997

Powers Kirn, LLC
ecf@powerskirn.com
308 Harper Drive, Suite 210
Moorestown, NJ 08057
856-802-1000

**Order Filed on November 16, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

John C. Jamer
Kimberly Vaughan-Jamer

Case No.: 22-19812-CMG

Hearing Date: July 19, 2023

Judge: Honorable Christine M. Gravelle

Chapter: 13

## AMENDED ORDER RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED:** November 16, 2023

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case 22-19812-CMG    Doc 51    Filed 11/18/23    Entered 11/19/23 00:16:23    Desc Imaged
Certificate of Notice    Page 2 of 4

Page 2
Debtor: John C. Jamer and Kimberly Vaughan-Jamer
Case No.: 22-19812-CMG
Caption of Order:    AMENDED ORDER RESOLVING OBJECTION TO CONFIRMATION

Upon the objection to confirmation of debtor's plan and Powers Kirn, LLC, Attorney for First Horizon Bank, appearing and for cause shown, it is

**ORDERED** as follows:

1.  The objection to confirmation filed on behalf of First Horizon Bank, with respect to treatment of Claim #12, is hereby resolved upon the condition that debtor's plan is hereby amended at Part 4, Paragraph (g) to provide for payment in full of Claim #12 together with interest accruing at 9.375% per annum.

2.  The total amount due to be paid to First Horizon Bank by and through the Standing Chapter 13 Trustee is hereby fixed at $37,881.94, consisting of the total debt due to the Mortgagee in the amount of $30,373.42 along with interest in the amount of $8,718.71 which equals $39,092.13 less $1,210.19, which represents payments made by the debtor directly to the creditor post-petition.

3.  The Mortgagee shall serve a copy of this Order upon the debtor, debtor's counsel, and the Standing Chapter 13 Trustee.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19812-CMG |
| John C Jamer | Chapter 13 |
| Kimberly Vaughan-Jamer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 16, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John C Jamer, Kimberly Vaughan-Jamer, 82 Ridge Road, Hackettstown, NJ 07840-4602 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joan Sirkis Warren | on behalf of Joint Debtor Kimberly Vaughan-Jamer joan@joanlaverylaw.com |
| Joan Sirkis Warren | on behalf of Debtor John C Jamer joan@joanlaverylaw.com |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Nov 16, 2023 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com

William M.E. Powers
    on behalf of Creditor First Horizon Bank ecf@powerskirn.com

William M.E. Powers, III
    on behalf of Creditor First Horizon Bank ecf@powerskirn.com

TOTAL: 9