Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−19812−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John C Jamer                                  Kimberly Vaughan−Jamer
82 Ridge Road                                 82 Ridge Road
Hackettstown, NJ 07840                        Hackettstown, NJ 07840

Social Security No.:
xxx−xx−7002                                   xxx−xx−7010

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 7, 2023.

On December 18, 2023 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:        February 7, 2024
Time:        10:00 AM
Location:    Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 18, 2023
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19812-CMG |
| John C Jamer | Chapter 13 |
| Kimberly Vaughan-Jamer | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 18, 2023 | Form ID: 185 | Total Noticed: 60 |

The following symbols are used throughout this certificate:

**Symbol**   **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++   Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 20, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John C Jamer, Kimberly Vaughan-Jamer, 82 Ridge Road, Hackettstown, NJ 07840-4602 |
| 519789105 | + | AHS Hospital Corp d/b/a Hacketttstown Me, c/o The Grogan Law Group LLC, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 519789104 | + | Advanced Cardiology LLC, 95 Madison Ave, Suite 409, Morristown, NJ 07960-7336 |
| 519789106 | | Atlantic Health System, PO Box 35610, Newark, NJ 07193-5611 |
| 519789107 | | Atlantic Medical Group, PO Box 419101, Boston, MA 02241-9101 |
| 519789114 | + | Care Centrix, c/o Revco SOlutions, PO Box 163272, Columbus, OH 43216-3272 |
| 519789116 | | Citibank, PO Box 99001007, Louisville, KY 40290-1007 |
| 519789118 | + | David Yakobashvil, 201 Pleasant Hill Road, Chester, NJ 07930-2141 |
| 519789120 | + | Doctor Srinivas Madane, 117 Seber Road, Hackettstown, NJ 07840-1722 |
| 519789121 | + | Exact Sciences LA, PO Box 734333, Chicago, IL 60673-4333 |
| 519789123 | + | FMC-Omaha Services, PO Box 542000, Omaha, NE 68154-8000 |
| 519789122 | | First Horizon, PO Box 1532, Memphis, TN 38101-1532 |
| 519839502 | + | First Horizon Bank, P.O. Box 1469, Knoxville, TN 37901-1469 |
| 519789126 | + | GREAT MEADOWS EMS, C/O BILLING OFFICE, PO BOX 671, Pittstown, NJ 08867-0671 |
| 519789125 | + | Great Meadows Emergency, PO Box 671, Pittstown, NJ 08867-0671 |
| 519839961 | + | HACKETTSTOWN MEDICAL CTR, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 519789127 | + | Hackettstown EMA, PO Box 417442, Boston, MA 02241-7442 |
| 519789128 | + | Hackettstown Regional Medical Center, PO Box 949, Matawan, NJ 07747-0949 |
| 519789130 | + | ID Care PA, Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 519789131 | | Ivy Rehab Network, PO Box 416495, Boston, MA 02241-6495 |
| 519789134 | + | Kidney Care of Morris Co Medical Care, 290 Madison Avenue, building 5, Morristown, NJ 07960-7401 |
| 519789138 | #+ | Lyons Doughty, 136 Gaither Driver Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519789147 | + | The Radiology GRO, c/o Snelling Law LLC, 2001 Route 46, Suite 206, Parsippany, NJ 07054-1315 |
| 519789148 | + | University Hospital, Financial REcoverers, PO Box 1388, Mount Laurel, NJ 08054-7388 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 18 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 18 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: EBNBKNOT@ford.com | Dec 18 2023 20:40:00 | Ford Motor Credit Company LLC, P.O. Box 62180, Colorado Springs, CO 80962 |

Case 22-19812-CMG    Doc 54    Filed 12/20/23    Entered 12/21/23 00:16:18    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 18, 2023 | Form ID: 185 | Total Noticed: 60 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 519838878 | | Email/PDF: resurgentbknotifications@resurgent.com Dec 18 2023 20:43:13 | | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519789109 | | Email/Text: creditcardbkcorrespondence@bofa.com Dec 18 2023 20:38:00 | | Bank of America, N.A., 4161 Piedmont Parkway, Greensboro, NC 27410 |
| 519789111 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Dec 18 2023 20:43:23 | | BEST BUY/CBNA, 5800 South Corporate Place Mail Code 234, Sioux Falls, SD 57108-5027 |
| 519789108 | | Email/Text: creditcardbkcorrespondence@bofa.com Dec 18 2023 20:38:00 | | Bank of America, 4060 Ogletown/Stanton RD DES-019-03-07, Newark, DE 19713 |
| 519798361 | | Email/Text: creditcardbkcorrespondence@bofa.com Dec 18 2023 20:38:00 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519789110 | + | Email/Text: BarclaysBankDelaware@tsico.com Dec 18 2023 20:39:00 | | Barclays Bank Deleware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519789112 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Dec 18 2023 20:43:24 | | CAPITAL ONE/WALMART, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 519789117 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Dec 18 2023 20:39:00 | | Comenity Bank/ ATYLRMC, PO Box 182789, Columbus, OH 43218-2789 |
| 519792612 | | Email/Text: EBNBKNOT@ford.com Dec 18 2023 20:40:00 | | Ford Motor Credit Company, LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 519789124 | + | Email/Text: EBNBKNOT@ford.com Dec 18 2023 20:40:00 | | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 519789129 | ^ | MEBN Dec 18 2023 20:39:10 | | Hayt, Hayt, & Landau, LLC, Meridian Center 1, 2 Industrial Way West PO Box 500, Eatontown, NJ 07724-0500 |
| 519789115 | | Email/PDF: ais.chase.ebn@aisinfo.com Dec 18 2023 20:43:17 | | Chase Auto Finance, PO Box 5210, New Hyde Park, NY 11042 |
| 519789132 | | Email/PDF: ais.chase.ebn@aisinfo.com Dec 18 2023 20:43:20 | | JPMCB, 301 N WALNUT ST, FLOOR 09, Wilmington, DE 19801-3935 |
| 519789133 | | Email/PDF: ais.chase.ebn@aisinfo.com Dec 18 2023 20:43:22 | | JPMCB-CARD SERVICES, 301 N WALNUT ST, FLOOR 09, Wilmington, DE 19801-3935 |
| 519804842 | | Email/PDF: ais.chase.ebn@aisinfo.com Dec 18 2023 20:43:10 | | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519806320 | + | Email/Text: RASEBN@raslg.com Dec 18 2023 20:39:00 | | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519789136 | ^ | MEBN Dec 18 2023 20:39:00 | | KML LAW GROUP PC, 701 MARKET STREET STE 5000, Philadelphia, PA 19106-1541 |
| 519789137 | | Email/Text: govtaudits@labcorp.com Dec 18 2023 20:39:00 | | Lab Corp, PO Box 2230, Burlington, NC 27215 |
| 519789139 | + | Email/Text: bankruptcydpt@mcmcg.com Dec 18 2023 20:39:00 | | MIDLAND CREDIT MANAGEMENT, 350 CAMINO DE LA REINA, SUITE 100, San Diego, CA 92108-3007 |
| 519789140 | | Email/Text: Bankruptcy@mjrf.com Dec 18 2023 20:39:00 | | Mullooly, Jeffrey, Rooney & Flynn LLP, 6851 Jericho Tpke, Suite 220, Syosset, NY 11791-9036 |
| 519817374 | + | Email/Text: bankruptcydpt@mcmcg.com Dec 18 2023 20:39:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519789141 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2023 20:43:23 | | Portfolio Recovery Associates, 120 Corporate BLVD STE 100, Norfolk, VA 23502 |
| 519838788 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2023 20:43:15 | | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |
| 519801876 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 18 2023 20:43:19 | | Portfolio Recovery Associates, LLC, c/o Meineke, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | POB 41067, Norfolk VA 23541 |
| 519835085 | | Email/Text: bnc-quantum@quantum3group.com | Dec 18 2023 20:39:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519803956 | | Email/Text: bnc-quantum@quantum3group.com | Dec 18 2023 20:39:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519789142 | | Email/Text: bankruptcyteam@quickenloans.com | Dec 18 2023 20:39:00 | Quicken Loan, Inc, 20555 Victor Pkwy, Livonia, MI 48152-7031 |
| 519789144 | | Email/Text: bankruptcyteam@quickenloans.com | Dec 18 2023 20:39:00 | ROCKET MORTGAGE, PO BOX 6577, Carol Stream, IL 60197-6577 |
| 519789143 | + | Email/Text: clientservices@remexinc.com | Dec 18 2023 20:39:00 | Radiology Group of NJ, c/o REmex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519789145 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 18 2023 20:39:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519811164 | + | Email/Text: bankruptcyteam@quickenloans.com | Dec 18 2023 20:39:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519790304 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 18 2023 20:43:21 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519789146 | + | Email/Text: bncmail@w-legal.com | Dec 18 2023 20:39:00 | TD Bank USA, 7000 Target Parkwa N, Mail Stop NCD-0450, Minneapolis, MN 55445-4301 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519789113 | | Cardiovascular HE |
| 519789119 | | Dermatology Consu |
| 519792613 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company, LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 519789135 | ##+ | KML Law Group, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 20, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | |

| | |
|---|---|
| | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joan Sirkis Warren | on behalf of Joint Debtor Kimberly Vaughan-Jamer joan@joanlaverylaw.com |
| Joan Sirkis Warren | on behalf of Debtor John C Jamer joan@joanlaverylaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Ford Motor Credit Company LLC ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |
| William M.E. Powers | on behalf of Creditor First Horizon Bank ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor First Horizon Bank ecf@powerskirn.com |

TOTAL: 9