Office Mailing Address:  
Albert Russo, Trustee  
PO Box 4853  
Trenton, NJ  08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024  
**Chapter 13 Case No. 22-19812 / CMG**

John C Jamer  
Kimberly Vaughan-Jamer

Petition Filed Date: 12/13/2022  
341 Hearing Date: 01/12/2023  
Confirmation Date: 08/02/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2023 | $305.00 | 89280980 | 02/06/2023 | $305.00 | 89842400 | 03/06/2023 | $305.00 | 90388890 |
| 04/10/2023 | $396.00 | 90970170 | 05/02/2023 | $306.50 | 91449650 | 06/02/2023 | $705.00 | 91993600 |
| 06/05/2023 | $174.00 | 92056780 | 07/03/2023 | $879.00 | 92545840 | 08/03/2023 | $895.00 | 93092360 |
| 08/14/2023 | $122.00 | 93194010 | 09/05/2023 | $1,017.00 | 93622100 | 10/03/2023 | $1,017.00 | 94095420 |
| 11/03/2023 | $1,017.00 | 94646550 | 12/04/2023 | $1,017.00 | 95117460 | 01/05/2024 | $1,017.00 | 95644250 |

**Total Receipts for the Period:  $9,477.50   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $9,477.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | John C Jamer | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Joan Sirkis Warren, Esq.<br>»» AMENDED DISCLOSURE 1/27/23 | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | FORD MOTOR CREDIT COMPANY, LLC<br>»» 2016 FORD EDGE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | BANK OF AMERICA, N.A. | Unsecured Creditors | $261.04 | $0.00 | $261.04 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» SYNCHRONY/MEINEKE | Unsecured Creditors | $773.28 | $0.00 | $773.28 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» SYNCHRONY BANK | Unsecured Creditors | $3,498.81 | $0.00 | $3,498.81 |
| 5 | JPMorgan Chase Bank, NA<br>»» 2014 SUBARU FORESTER | Debt Secured by Vehicle | $349.18 | $26.14 | $323.04 |
| 6 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $5,872.29 | $0.00 | $5,872.29 |
| 7 | ROCKET MTG, LLC F/K/A QUICKEN LOANS, LLC<br>»» P/82 RIDGE RD/1ST MTG/LOAN MOD ORDER 8/17/23 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 8 | MIDLAND CREDIT MANAGEMENT, INC<br>»» SYNCHRONY BANK/LOWES | Unsecured Creditors | $1,216.38 | $0.00 | $1,216.38 |
| 9 | QUANTUM3 GROUP LLC AS AGENT<br>»» LOFT MASTERCARD | Unsecured Creditors | $13,639.40 | $0.00 | $13,639.40 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CITIBANK/BEST BUY | Unsecured Creditors | $2,562.62 | $0.00 | $2,562.62 |
| 11 | ASHLEY FUNDING SERVICES, LLC<br>»» LAB CORP OF AMERICA HOLDINGS | Unsecured Creditors | $72.00 | $0.00 | $72.00 |

| | | | | | |
|---|---|---|---|---|---|
| 12 | FIRST HORIZON BANK | Mortgage Arrears | $37,881.94 | $3,850.52 | $34,031.42 |
| | »»  P/82 RIDGE RD/2ND MTG/ORDER 11/16/23 | | | | |
| 13 | HACKENSACK UNIVERSITY MEDICAL CENTER | Unsecured Creditors | $158.25 | $0.00 | $158.25 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $9,477.50 | Plan Balance: | $47,799.00 ** |
| Paid to Claims: | $6,876.66 | Current Monthly Payment: | $1,017.00 |
| Paid to Trustee: | $727.12 | Arrearages: | $0.00 |
| Funds on Hand: | $1,873.72 | Total Plan Base: | $57,276.50 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.