Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

---

Case No.: 22−19812−CMG  
Chapter: 13  
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John C Jamer | Kimberly Vaughan−Jamer |
| 82 Ridge Road | 82 Ridge Road |
| Hackettstown, NJ 07840 | Hackettstown, NJ 07840 |

Social Security No.:  
  xxx−xx−7002                                                         xxx−xx−7010

Employer's Tax I.D. No.:

---

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

     NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 9, 2024.

Dated: February 9, 2024  
JAN: mjb

                                                                                                           Jeanne Naughton  
                                                                                                            Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-19812-CMG |
| John C Jamer | Chapter 13 |
| Kimberly Vaughan-Jamer | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Feb 09, 2024 | Form ID: plncf13 | Total Noticed: 60 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John C Jamer, Kimberly Vaughan-Jamer, 82 Ridge Road, Hackettstown, NJ 07840-4602 |
| 519789105 | + | AHS Hospital Corp d/b/a Hacketttstown Me, c/o The Grogan Law Group LLC, 17 Prospect Street, Morristown, NJ 07960-6862 |
| 519789104 | + | Advanced Cardiology LLC, 95 Madison Ave, Suite 409, Morristown, NJ 07960-7336 |
| 519789106 | | Atlantic Health System, PO Box 35610, Newark, NJ 07193-5611 |
| 519789107 | | Atlantic Medical Group, PO Box 419101, Boston, MA 02241-9101 |
| 519789114 | + | Care Centrix, c/o Revco SOlutions, PO Box 163272, Columbus, OH 43216-3272 |
| 519789116 | | Citibank, PO Box 99001007, Louisville, KY 40290-1007 |
| 519789118 | + | David Yakobashvil, 201 Pleasant Hill Road, Chester, NJ 07930-2141 |
| 519789120 | + | Doctor Srinivas Madane, 117 Seber Road, Hackettstown, NJ 07840-1722 |
| 519789121 | + | Exact Sciences LA, PO Box 734333, Chicago, IL 60673-4333 |
| 519789123 | + | FMC-Omaha Services, PO Box 542000, Omaha, NE 68154-8000 |
| 519789122 | | First Horizon, PO Box 1532, Memphis, TN 38101-1532 |
| 519839502 | + | First Horizon Bank, P.O. Box 1469, Knoxville, TN 37901-1469 |
| 519789126 | + | GREAT MEADOWS EMS, C/O BILLING OFFICE, PO BOX 671, Pittstown, NJ 08867-0671 |
| 519789125 | + | Great Meadows Emergency, PO Box 671, Pittstown, NJ 08867-0671 |
| 519839961 | + | HACKETTSTOWN MEDICAL CTR, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 519789127 | + | Hackettstown EMA, PO Box 417442, Boston, MA 02241-7442 |
| 519789128 | + | Hackettstown Regional Medical Center, PO Box 949, Matawan, NJ 07747-0949 |
| 519789130 | + | ID Care PA, Savit Collection Agency, PO Box 250, East Brunswick, NJ 08816-0250 |
| 519789131 | | Ivy Rehab Network, PO Box 416495, Boston, MA 02241-6495 |
| 519789134 | + | Kidney Care of Morris Co Medical Care, 290 Madison Avenue, building 5, Morristown, NJ 07960-7401 |
| 519789138 | #+ | Lyons Doughty, 136 Gaither Driver Suite 100, PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 519790304 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519789147 | + | The Radiology GRO, c/o Snelling Law LLC, 2001 Route 46, Suite 206, Parsippany, NJ 07054-1315 |
| 519789148 | + | University Hospital, Financial REcoverers, PO Box 1388, Mount Laurel, NJ 08054-7388 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 09 2024 20:55:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 09 2024 20:55:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | | Email/Text: EBNBKNOT@ford.com | Feb 09 2024 20:56:00 | Ford Motor Credit Company LLC, P.O. Box |

Case 22-19812-CMG    Doc 61    Filed 02/11/24    Entered 02/12/24 00:14:56    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 09, 2024 | Form ID: plncf13 | Total Noticed: 60 |

| | | | | |
|---|---|---|---|---|
| | | | | 62180, Colorado Springs, CO 80962 |
| 519838878 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 09 2024 21:11:05 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519789109 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 09 2024 20:53:00 | Bank of America, N.A., 4161 Piedmont Parkway, Greensboro, NC 27410 |
| 519789111 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 09 2024 21:10:55 | BEST BUY/CBNA, 5800 South Corporate Place Mail Code 234, Sioux Falls, SD 57108-5027 |
| 519789108 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 09 2024 20:53:00 | Bank of America, 4060 Ogletown/Stanton RD DES-019-03-07, Newark, DE 19713 |
| 519798361 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 09 2024 20:53:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519789110 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 09 2024 20:55:00 | Barclays Bank Deleware, PO Box 8803, Wilmington, DE 19899-8803 |
| 519789112 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 09 2024 21:10:53 | CAPITAL ONE/WALMART, PO BOX 31293, Salt Lake City, UT 84131-0293 |
| 519789117 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 09 2024 20:55:00 | Comenity Bank/ ATYLRMC, PO Box 182789, Columbus, OH 43218-2789 |
| 519792612 | | Email/Text: EBNBKNOT@ford.com | Feb 09 2024 20:56:00 | Ford Motor Credit Company, LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 519789124 | + | Email/Text: EBNBKNOT@ford.com | Feb 09 2024 20:56:00 | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 519789129 | ^ | MEBN | Feb 09 2024 20:46:58 | Hayt, Hayt, & Landau, LLC, Meridian Center 1, 2 Industrial Way West PO Box 500, Eatontown, NJ 07724-0500 |
| 519789115 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 09 2024 20:59:45 | Chase Auto Finance, PO Box 5210, New Hyde Park, NY 11042 |
| 519789132 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 09 2024 21:10:53 | JPMCB, 301 N WALNUT ST, FLOOR 09, Wilmington, DE 19801-3935 |
| 519789133 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 09 2024 21:00:06 | JPMCB-CARD SERVICES, 301 N WALNUT ST, FLOOR 09, Wilmington, DE 19801-3935 |
| 519804842 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 09 2024 21:11:11 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519806320 | + | Email/Text: RASEBN@raslg.com | Feb 09 2024 20:54:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 519789136 | ^ | MEBN | Feb 09 2024 20:46:46 | KML LAW GROUP PC, 701 MARKET STREET STE 5000, Philadelphia, PA 19106-1541 |
| 519789137 | | Email/Text: govtaudits@labcorp.com | Feb 09 2024 20:54:00 | Lab Corp, PO Box 2230, Burlington, NC 27215 |
| 519789139 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 09 2024 20:55:00 | MIDLAND CREDIT MANAGEMENT, 350 CAMINO DE LA REINA, SUITE 100, San Diego, CA 92108-3007 |
| 519789140 | | Email/Text: Bankruptcy@mjrf.com | Feb 09 2024 20:54:00 | Mullooly, Jeffrey, Rooney & Flynn LLP, 6851 Jericho Tpke, Suite 220, Syosset, NY 11791-9036 |
| 519817374 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 09 2024 20:55:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519789141 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2024 21:00:20 | Portfolio Recovery Associates, 120 Corporate BLVD STE 100, Norfolk, VA 23502 |
| 519838788 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2024 20:59:57 | Portfolio Recovery Associates, LLC, c/o Best Buy, POB 41067, Norfolk VA 23541 |

| | | | | |
|---|---|---|---|---|
| 519801876 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 09 2024 21:11:14 | Portfolio Recovery Associates, LLC, c/o Meineke, POB 41067, Norfolk VA 23541 |
| 519835085 | | Email/Text: bnc-quantum@quantum3group.com | Feb 09 2024 20:55:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519803956 | | Email/Text: bnc-quantum@quantum3group.com | Feb 09 2024 20:55:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519789142 | | Email/Text: bankruptcyteam@quickenloans.com | Feb 09 2024 20:56:00 | Quicken Loan, Inc, 20555 Victor Pkwy, Livonia, MI 48152-7031 |
| 519789144 | | Email/Text: bankruptcyteam@quickenloans.com | Feb 09 2024 20:56:00 | ROCKET MORTGAGE, PO BOX 6577, Carol Stream, IL 60197-6577 |
| 519789143 | + | Email/Text: clientservices@remexinc.com | Feb 09 2024 20:54:00 | Radiology Group of NJ, c/o REmex Inc, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519789145 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 09 2024 20:56:00 | Rocket Mortgage, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519811164 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 09 2024 20:56:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519789146 | + | Email/Text: bncmail@w-legal.com | Feb 09 2024 20:55:00 | TD Bank USA, 7000 Target Parkwa N, Mail Stop NCD-0450, Minneapolis, MN 55445-4301 |

TOTAL: 35

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519789113 | | Cardiovascular HE |
| 519789119 | | Dermatology Consu |
| 519792613 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company, LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 519789135 | ##+ | KML Law Group, 216 Haddon Avenue Suite 406, Collingswood, NJ 08108-2812 |

TOTAL: 2 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2024             Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 09, 2024 | Form ID: plncf13 | Total Noticed: 60 |

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Joan Sirkis Warren | on behalf of Joint Debtor Kimberly Vaughan-Jamer joan@joanlaverylaw.com |
| Joan Sirkis Warren | on behalf of Debtor John C Jamer joan@joanlaverylaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Ford Motor Credit Company LLC wcraig@egalawfirm.com  mortoncraigecf@gmail.com |
| William M.E. Powers | on behalf of Creditor First Horizon Bank ecf@powerskirn.com |
| William M.E. Powers, III | on behalf of Creditor First Horizon Bank ecf@powerskirn.com |

TOTAL: 8